Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Neotek Inc. |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Neotek Lighting**<br><br>**Firefly-One LLC** |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 5 – 1 9 6 4 0 8 2 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | PO Box 1540 |
| **1030 Dividend Road** | |
| Number       Street | Number       Street |
| **Midlothian, TX 76065** | **Midlothian, TX 76065** |
| City            State    ZIP Code | City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Ellis** | |
| County | |
| | Number       Street |
| | |
| | City            State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |

| | |
|---|---|
| **6. Type of debtor** | ☐  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐  Partnership (excluding LLP)<br><br>☑  Other. Specify: _____ |

Debtor  __Neotek Inc._____  Case number *(if known)* _____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**3  3  5  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                               MM / DD / YYYY

    District _____ When _____ Case number _____
                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

    District _____ When _____
                                     MM / DD / YYYY

    Case number, if known _____

Debtor   **Neotek Inc.**
         _Name_

Case number _(if known)_

**11. Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

City                              State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency   _____

Contact name   _____

Phone   _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

_Check one:_

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000
☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

Debtor   **Neotek Inc.**                                                                Case number *(if known)*
            Name

| 16. Estimated liabilities | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
|---|---|---|---|
| | ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --      Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■   I have been authorized to file this petition on behalf of the debtor.

■   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/11/2026**
                     MM/  DD/  YYYY

**X**   **/s/ Lawrence Craig Satterfield**                          **Lawrence Craig Satterfield**
       Signature of authorized representative of debtor             Printed name

Title                              **CEO**

**18. Signature of attorney**

**X**                  **/s/ Joyce Lindauer**                Date  **05/11/2026**
       Signature of attorney for debtor                              MM/  DD/  YYYY

**Joyce Lindauer**
Printed name

**Lindauer & Vaughn**
Firm name

**117 S. Dallas St.**
Number        Street

**Ennis**                                          **TX**          **75119**
City                                               State         ZIP Code

**(972) 503-4033**                                 **joyce@joycelindauer.com**
Contact phone                                      Email address

**21555700**                                       **TX**
Bar number                                         State

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548


Bank of America
PO Box 15796
Wilmington, DE 19886


Beckham Portela
3400 Carlisle St Ste 550
Dallas, TX 75204


Capital One
2903 Forest Ln
Dallas, TX 75234


Chase Bank
PO Box 78039
Phoenix, AZ 85062


Chase Cardmember Services
PO Box 6294
Carol Stream, IL 60197


Citizens National Bank Of
Texas
200 N. Elm St.
Waxahachie, TX 75165


Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

CSC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Fisk Electric
10855 Westview Dr
Houston, TX 77043

Fora Financial

Gary Smith CPA
2915 Lyndon B Johnson Fwy Ste 240
Dallas, TX 75234

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, TX 75242

Jobs Building Services LLC
PO Box 669522
Dallas, TX 75266

Midlothian Tax Office
661 Aspen Pkwy Ste 100
Midlothian, TX 76065

Oldner Lighting
4645 Greenville Ave Studio B
Dallas, TX 75206

Richard G DaFoe
1717 Main St Ste 2500
Dallas, TX 75201

Sentry Insurance
PO Box 8019
Stevens Point, WI 54481

Stephanie K Serrano
1616 LBJ Freeway St 865
Dallas, TX 75251

Technagy IT
700 Highlander Blvd Ste 400
Arlington, TX 76015

Texas Workforce Commission
101 East 15th Street Room 354
Austin, TX 78778-0001

Tomar Electronics
2100 Obispo Ave
Gilbert, AZ 85233

U.S. Trustee's Office
1100 Commerce Street Room 976
Dallas, TX 75242

US Atty General
10th and Constitution Ave., NW
Main Justice Bldg. Room 5111
Washington, DC 20530


Y W R D, P. C.
611 S. Clay St
Ennis, TX 75120

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Neotek Inc.**                                                                    CASE NO

                                                                                         CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**05/11/2026**___     Signature _____**/s/ Lawrence Craig Satterfield**_____

                                                          Lawrence Craig Satterfield , CEO