Fill in this information to identify the case:

Debtor name **Neotek Inc.**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 Tomar Electronics 2100 Obispo Ave Gilbert, AZ 85233 | (480) 497-4400 scott.sikora@tomar.com Scott Sikora (480) 497-4400 scott.sikora@tomar.com | | | | | $188,142.33 |
| 2 Fora Financial , | (646) 421-6281 kelvin.mata@forafinancial.com Kelvin Mata (646) 421-6281 kelvin.mata@forafinancial.com | Bank Loan | | | | $113,571.61 |
| 3 Chase Bank PO Box 78039 Phoenix, AZ 85062 | | Line of Credit | | | | $97,016.99 |
| 4 Beckham Portela 3400 Carlisle St Ste 550 Dallas, TX 75204 | | Legal Fees | | | | $95,974.57 |
| 5 Chase Bank PO Box 78039 Phoenix, AZ 85062 | | Line of Credit | | | | $92,045.52 |
| 6 Jobs Building Services LLC PO Box 669522 Dallas, TX 75266 | Jennifer Grosse (281) 205-4571 Jgrosse@valcourt.net | Trade Debts | | | | $78,169.19 |
| 7 Fisk Electric 10855 Westview Dr Houston, TX 77043 | Meghan Morris (713) 865-9476 mmorris@fiskcorp.com | Trade Debts | | | | $76,620.00 |
| 8 Bank of America PO Box 15796 Wilmington, DE 19886 | | Credit Card | | | | $54,795.16 |

Debtor   **Neotek Inc.**                                          Case number *(if known)* _____

___Name___

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  Chase Cardmember Services PO Box 6294 Carol Stream, IL 60197 | | Credit Card Debt | | | | $42,672.08 |
| 10  Oldner Lighting 4645 Greenville Ave Studio B Dallas, TX 75206 | | | | | | $16,116.48 |
| 11  Capital One 2903 Forest Ln Dallas, TX 75234 | | | | | | $10,818.26 |
| 12  Technagy IT 700 Highlander Blvd Ste 400 Arlington, TX 76015 | Shadi Awad (972) 552-7204 shadi@technagy.com | Professional Services | | | | $7,625.62 |
| 13  Sentry Insurance PO Box 8019 Stevens Point, WI 54481 | Paula Przybylski (715) 346-6113 paulaprzybylski@sentry.com | Professional Services | | | | $6,761.78 |
| 14  Y W R D, P. C. 611 S. Clay St Ennis, TX 75120 | Vivian Harper (972) 872-6448 vivian@ywrd.cpa | Professional Services | | | | $3,425.00 |
| 15  Gary Smith CPA 2915 Lyndon B Johnson Fwy Ste 240 Dallas, TX 75234 | | | | | | $576.00 |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2